**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Trademark Rightsholder Identified in Exhibit 1, | ) | |
| Plaintiff, | ) | |
| | ) | 1:25-cv-04242 |
| v. | ) | |
| | ) | |
| The Partnerships, and Unincorporated Associations Identified on Schedule A, | ) | |
| | ) | |
| Defendants | ) | |

**<u>Exhibit 1</u>**

**Filed Under Seal**